# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1672
_____

FREDERICK-CLAY: NORRIS,

Appellant,

v.

STATE OF FLORIDA, et al.,

Appellees.

_____

On appeal from the County Court for Columbia County.
Sara J. Carter, Judge.


November 15, 2024

PER CURIAM.

DISMISSED as untimely.

B.L. THOMAS, ROBERTS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Frederick-Clays: Norris, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellees.